**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEMETRIUS BAILEY,** | : | CIVIL NO. 1:CV-07-2238 |
| **Plaintiff,** | : | |
| | : | **(Chief Judge Kane)** |
| v. | : | |
| | : | |
| **ANGELA AUMAN, et al.,** | : | |
| **Defendants** | : | |

# O R D E R

**AND NOW**, this 12th day of September, 2012, upon consideration of Defendant Auman's motion for summary judgment (Doc. No. 164), and it appearing that as of this date Plaintiff has not filed any response to the motion, see M.D. Pa. L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . [or] shall be deemed not to oppose such motion."), it is hereby **ORDERED** that:

1. Plaintiff shall file his opposing brief, statement of material facts and supporting evidentiary materials in accordance with M.D. Pa. Local Rule 56.1 within fourteen (14) days from the date of this order.

2. Failure to comply with this order will result in the motion for summary judgment being deemed unopposed, and addressed on the merits.

3. Any dispositive motions shall be filed by the Corrections Defendants within twenty (20) days from the date of this order.

S/ Yvette Kane
YVETTE KANE, Chief Judge
Middle District of Pennsylvania
