```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA


DEMETRIUS BAILEY,                  :
                                   :
         Plaintiff                 :    CIVIL NO. 1:07-CV-02238
                                   :
     vs.                           :
                                   :
MELISSA MCMAHON, et al.,           :    (Judge Kane)
                                   :
         Defendants                :
```

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Corrections Defendants' motion for summary judgment (Doc. 208) is **GRANTED** as set forth below.

2. Judgment is hereby entered in favor of the the Corrections Defendants with respect to the remaining conditions of confinement claims and in favor of Defendants Hinkle and Fortney with respect to the retaliation claims and against Bailey.

3. The Clerk of Court shall **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.


                          S/ Yvette Kane
                          Yvette Kane
                          United States District Judge


Date: January 28, 2016